```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2569
     Facsimile:  (213) 894-7177
     E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 02-7629 PA(CWx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| $45,000.00 IN TRAVELERS ) | |
| CHECKS; $301,346.00 IN U.S. ) | |
| CURRENCY; ONE 1998 MERCEDES ) | |
| BENZ; ONE 2002 LEXUS SC 430;) | |
| ONE 1996 FORD AEROSTAR VAN; ) | |
| ONE 1999 CHRYSLER VAN; ) | |
| APPROXIMATELY 41 PIECES OF ) | |
| JEWELRY; AND 191 ONE-OUNCE ) | |
| GOLD BARS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| JEFF LO, ZIU MING YONG AND ) | |
| BRUCE LIN, ) | |
| ) | |
| Claimants. ) | |
| _____) | |

1   Pursuant to the Court's Order granting the motion for summary
2 judgment filed by Plaintiff United States of America ("Plaintiff"),
3 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
4   1.  Plaintiff shall have judgment against the defendant
5 $45,000.00 in Travelers Checks.  The defendant $45,000.00 in
6 Travelers Checks shall be forfeited to the United States of
7 America, which shall dispose of the defendant $45,000.00 in
8 Travelers Checks in the manner provided by law.
9   2.  The Court finds that there was reasonable cause for the
10 seizure of the defendant $45,000.00 in Travelers Checks and
11 institution of these proceedings.  This judgment shall be construed
12 as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
13   3.  The defendants $22,235.00 in U.S. Currency (out of the
14 defendant $301,346 in U.S. Currency), One 2002 Lexus SC 430 and One
15 1996 Ford Aerostar Van are hereby dismissed without prejudice.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4. Plaintiff and Claimant Jeff Lo shall bear their own attorney fees and costs.

DATED: May 15, 2009

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA